

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TORRIE J. NASH,                 )
                                )
         Plaintiff,             )
                                )   05C 5185
    v.                          )
                                )   JUDGE ANDERSEN
SCREENING REPORTS, INC.,        )
                                )   MAGISTRATE JUDGE LEVIN
         Defendant.             )

**FILED SEP - 9 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## NOTICE OF FILING FOR REMOVAL
## TO THE U.S. DISTRICT COURT

TO:   Torrie J. Nash
      109 White Oak Ct. #6
      Schaumburg, IL 60195

    PLEASE TAKE NOTICE that Screening Reports, Inc. has on September 9, 2005 filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Northern District of Illinois, at 219 South Dearborn, Chicago, Illinois. A copy of the Notice of Removal is attached hereto.

                                  SCREENING REPORTS, INC.

                                  By: _Maria Whiteman_
                                         One of Its Attorneys

Joseph S. Messer
Maria L. Whiteman
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
312-334-FIRM (3476)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TORRIE J. NASH, )
)
Plaintiff, )
)
v. ) No. 05C 5185
)
SCREENING REPORTS, INC., ) JUDGE ANDERSEN
)
Defendant. ) MAGISTRATE JUDGE LEVIN

FILED
SEP - 9 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PETITION FOR REMOVAL

The Defendant, Screening Reports, Inc. ("SRI"), by its undersigned attorneys, hereby files its Petition for Removal of the above-captioned matter from the Circuit Court of Cook County, Illinois, in which the case is now pending, to the United States District Court for the Northern District of Illinois. In support of this Petition, SRI states as follows:

1. This action was commenced by way of a Complaint filed in the Circuit Court of Cook County County, Illinois, on August 9, 2005, Docket No. 05 M3 2427.

2. The Complaint was served by Summons on SRI no earlier than August 18, 2005. See Affidavit of Timothy Fortner attached hereto as Exhibit A.

3. Defendant SRI is seeking to remove this action to the United Stated District Court for the Northern District of Illinois.

4. This Petition for Removal is timely, it being filed within 30 days of the receipt by SRI of a copy of the Complaint setting forth the claims for relief upon which the action is based.

5. The present lawsuit is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 15 U.S.C. § 1681t(b)(1)(F).

7. This action is removable from State Court to the District Court of the United States pursuant to 28 U.S.C. § 1441(b), because the Plaintiff's action is founded on one or more claims for right arising under the laws of the United States, specifically the Fair Credit Reporting Act.

8. Copies of all process, pleadings and orders which have been received by SRI are filed herewith.

WHEREFORE, Screening Reports, Inc., requests that this action be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

SCREENING REPORTS, INC.

BY: *Maria Whiteman*

Joseph S. Messer
Maria L. Whiteman
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
312-334-FIRM (3476)

STATE OF ILLINOIS ) 
) SS
COUNTY OF COOK )

## AFFIDAVIT OF MAILING

I, Susan Jo , being first duly sworn upon oath, state that I served the foregoing Notice of Filling For Removal to the U.S. District Court on September 9, 2005, by depositing the same in the United States mail at 166 W. Washington St., Chicago, Illinois, enclosed in an envelope with first class postage prepaid thereon, on the person to whom directed on the attached Notice of Filing.

                                                                Affiant

SUBSCRIBED AND SWORN TO before me
This 9th day of September, 2005.

Notary Republic

**OFFICIAL SEAL**
**JODI A. HOLMES**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-29-2008

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
THIRD MUNICIPAL DISTRICT

| | |
|---|---|
| TORRIE J. NASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 05 M3 2427 |
| v. | ) |
| | ) |
| SCREENING REPORTS, INC., | ) |
| | ) |
| Defendant. | ) |

NOTICE OF FILING FOR REMOVAL OF THE U.S. DISTRICT COURT

TO: Torrie J. Nash
109 White Oak Ct. #6
Schaumburg, IL 60195

PLEASE TAKE NOTICE that Screening Reports, Inc., has on September 9, 2005 filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn, Chicago, Illinois. A copy of the Notice of Removal is attached hereto.

SCREENING REPORTS, INC.

By: *Maria Whiteman*

Joseph S. Messer
Maria L. Whiteman
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
312-334-FIRM (3476)

STATE OF ILLINOIS)
                    ) ss
COUNTY OF COOK )

## AFFIDAVIT

    I, Timothy Fortner, President of Screening Reports, Inc., on oath state that on August 18, 2005, Screening Reports, Inc. was served with a copy of the complaint filed in the action entitled *Torrie J. Nash v. Screening Reports, Inc.*, 05 M3 2427 in the Circuit Court of Cook County, Illinois.

FURTHER AFFIANT SAYETH NOT.
I declare under penalty of perjury that the foregoing is true and correct.

Under penalties as provided by law pursuant to
ILL. REV. STAT. CHAP 110-SEC 1-109 I certify
that the statements set forth herein are true
and correct.

Dated: 9-8-05

Signature: _____

EXHIBIT A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Torrie J. Nash
_____ plaintiff(s)

v.

Screening Reports, Inc
Timothy Fortner
_____ defendant(s)

No. 05M3 2427

## COMPLAINT

The Plaintiff___ claim___ as follows:

On May 21st, 2004 d the complaintant applyed for residency at Bourbon Square Apartments. I was told by leasing Agent that they conducted a background check through a Source named as Defendant. I was declined by Bourbon Square dn to Screening Reports informing Bourbon that I was a convicted felon. I disputed this, and contacted Screening Reports, and spoke to Owner Mr. Fortner who informed me that they only do a name & Date of Birth Search. Mr. Fortner was advised per the Fair Credit Reporting Act that they do a complete Reinvestigation. Screening Reports put false information on a reinvestigation sheet with my ssn# on there letter head showing that the County had me as a felon.

Attorney_____ for plaintiff

Address for service  729 N. Rt. 83  Ste B21 Bensenville, IL 60106
Telephone ( 866 ) 389-4042

**NOTE**
If there is not sufficient space on this page for the entire statement of claim, the balance, together with signature, may be put upon the back page.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

I contacted the Cook County Courthouse in Markam, they informed me that they only had my name, no SS# nor middle initial, and that the IRA# was different. I told Cook County that Screening Reports was not reporting accurate Information. I was informed that I could go to Access + Review at 3510 S. Michigan for my arrest record. I learned after being finger-printed that I was not a felonist. Screening Reports is still reporting this Deragatory Information in their files which has stopped me from several Apartments & Job's. I have all Documentation to satisfy my case.

120 - Served    2120 - Not Served    (Rev. 1/23/03) CCM 0649 A
121 - Alias Served    2121 - Alias Not Served    2621 - Alias Sec. of State

This form replaces CCM 0646, CCMI 0646, CCMI 0651, CCMD 0648, and CCMD 0649-2 thru 6)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### _____ MUNICIPAL DISTRICT

**Name All Parties**

Plaintiff(s): Torrie J. Nash

Defendant(s): Screening Reports, Inc
owner Timothy Forcher

Address of Defendant(s): 729 N Rt 83 Ste 321
Bensenville, IL 60106

Case No.: 05 M 2427
Amount Claimed $: 25,000.00
Return Date: September 16, 2005
Status Date: _____
Trial Date: _____
Time: _____ Room: _____

### SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

- District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
- District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077
- District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008
- District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153
- District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
- District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426.

on September 16, 2005 before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

WITNESS: _____

Atty. No.: _____
Name: Torrie J. Nash
Atty. for: _____
Address: 109 White Oak Ct #C
City/State/Zip: Schaumburg, IL 60195
Telephone: 847-519-1017

**DOROTHY BROWN AUG 0 9 2005**
DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____
(To be inserted by officer on copy left with defendant or other person)

SEE REVERSE SIDE

** Service by Facsimile Transmission will be accepted at: 866 389-4043
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jorrie J. Nash

plaintiff(s)

v.

Screening Reports, Inc
Timothy Fortner

defendant(s)

No. 05M3 2427

### COMPLAINT

The Plaintiff___ claim___ as follows:

On May 21st, 2004 el the complaintant applyed for residency at Bourbon Square Apartments. I was told by leasing Agent that they conducted a background check through a source named as Defendant. I was declined by Bourbon Square do to Screening Reports informing Bourbon that I was a convicted felon. I disputed this, and contacted Screening Reports, and spoke o Owner MR. Fortner who informed me that they only do a name & Date of Birth Search. MR. Fortner was advised per the Fair Credit Reporting Act that they do a complete Reinvestigation. Screening Reports put false information on a reinvestigation sheet with my ssn on there letter head showing that the County had me as a felon.

Attorney____ for plaintiff

Address for service 729 N. Rt. 83 ste 321 Bensenville, IL 60106
Telephone (866) 389-4042

### NOTE

If there is not sufficient space on this page for the entire statement of claim, the balance, together with signature, may be put upon the back page.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

I contacted the CC[?] [?]ush, they informed me that they only had Torric [?]ush, no SS# nor middle initial, and that the IRA# was different. I told Cook County that Screening Reports was not reporting accurate information. I was informed that I could go to Access + Review at 3510 S. Michigan for my arrest record. I learned after being finger-printed that I was not a felonist. Screening Reports is still reporting this Deragatory Information in their files which has stopped me from several Apartments & Job's. I have all Documentation to satisfy my case.

[signature]

AUG. 9. 2005 3:43PM 2620 866 389 4043 No. 0649/5

120 - Served
121 - Alias Served  2121 - Alias Not Served  2621 - Alias Sec. of State
This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)
(Rev. 1/23/03) CCM 0649 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## _____ MUNICIPAL DISTRICT

Name All Parties

Torrie J. Nash _____ Plaintiff(s)

Screening Reports, Inc"
Owner Timothy Fortner _____ Defendant(s)
729 N Rt 83 Ste 321
Bensenville, IL 60106 _____ Address of Defendant(s)

Case No.: 05 M2 2427
Amount Claimed $: 25,000.00
Return Date: September 16, 2005
Status Date: _____
Trial Date: _____
Time: _____ Room: _____

## SUMMONS

**To each defendant:**

**YOU ARE SUMMONED and required:**

1. To file your written appearance by yourself or your attorney and pay the required fee in:

- District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
- District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077
- District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008
- District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153
- District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
- District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426.

on September 16, 2005, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.**

WITNESS, _____

Atty. No.: _____
Name: Torrie J. Nash
Atty. for: _____
Address: 109 White Oak Ct # 6
City/State/Zip: Schaumburg, IL 60195
Telephone: 847-519-1017

**DOROTHY BROWN** AUG 0 9 2005
DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____
(To be inserted by officer on copy left with defendant or other person)

[SEE REVERSE SIDE]

** Service by Facsimile Transmission will be accepted at: 866 389-4013
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS