**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TORRIE J. NASH,  )   | |
| ) | 05 C 5185 |
| Plaintiff, ) | |
| ) | Judge Andersen |
| v. ) | |
| ) | Magistrate Judge Levin |
| SCREENING REPORTS, INC., ) | |
| ) | **Jury Demanded** |
| Defendants. ) | |

**DANIEL A. EDELMAN'S
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Daniel A. Edelman respectfully requests that this Court permit him to withdraw as counsel for plaintiff.

In support of this motion, Mr. Edelman states:

1. On November 29, 2005, plaintiff Torrie Nash discharged this law firm, Edelman, Combs, Latturner & Goodwin, LLC from representation. Attached as Exhibit A is the declaration of Mr. Nash stating such.

2. Edelman, Combs, Latturner & Goodwin, LLC brought a motion requesting leave to withdraw for the entire firm, which motion was granted on December 15, 2005.

3. Because the motion requested that the entire firm be given leave to withdraw, and Mr. Edelman was not specifically mentioned his appearance still appears as active on the court file.

4. Mr. Edelman respectfully requests that the Court either alter the court file to reflect that he has withdrawn, or alternatively grant him leave to withdraw.

1

WHEREFORE, Daniel A. Edelman respectfully requests that this Court permit him to withdraw as counsel for plaintiff.

/s/ Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\15323\Pleading\Our mtn re withdraw_Pleading.wpd