Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 5 C 5185 | **DATE** | 7/25/2006 |
| **CASE TITLE** | Nash vs. Screening Reports | | |

**DOCKET ENTRY TEXT**

This case is dismissed for want of prosecution. Motions to dismiss [53] and for summary judgment [58] are terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|